UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

E-Filing

FILED
07 JUL 18 AM 10: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102

C 07 3697 CW (PR)

RE: JOSEPH GEORGE vs. UNKNOWN
USDC No.: 2:07-CV-01274-MCE-DAD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 11, 2007, transmitted herewith are the following documents.

**Paper Documents: 1 to 1.**
**Electronic Documents: 2 to 3.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**July 11, 2007**        /s/ **J. Donati**

Deputy Clerk

RECEIVED BY: _____

Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____