**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

United States District Court
Northern District of California
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102

**RE:**        **JOSEPH GEORGE vs.  UNKNOWN**
**USDC No.:**        **2:07–CV–01274–MCE–DAD**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
July 11, 2007 , transmitted herewith are the following documents.

**Paper Documents: 1 to 1.**
**Electronic Documents: 2 to 3.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                    Very truly yours,

**July 11, 2007**            /s/  **J. Donati**
                    _____
                    Deputy Clerk

RECEIVED BY:        _____
                    Please Print Name

DATE RECEIVED:        _____

NEW CASE
NUMBER:            _____