UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 18 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Dear Sir or Madam:

Your complaint has been filed as civil case number **C 07 3697 CW (PR)**

Your complaint is deficient because:

1. ✓ You did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ___ The In Forma Pauperis Application you submitted is insufficient because:

    ___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ___ Your In Forma Pauperis Application was not completed in its entirety.

    ___ You did not sign your In Forma Pauperis Application.

    ___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

Warning: If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
     Deputy Clerk

rev. 4/9/06

GEORGE