**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSEPH GEORGE,                          No. C 07-03697 CW (PR)

12           Plaintiff,                      ORDER OF DISMISSAL

13      v.

14  JOHN DOE,

15           Defendant.
                                        /
16  ──────────────────────────────────

17       Plaintiff, a state prisoner, filed the instant pro se prisoner

18  complaint under 42 U.S.C. § 1983.  Plaintiff raised the same

19  allegations in another pending prisoner complaint filed in this

20  Court.  See George v. Doe, No. C 07-3674 CW (PR).

21       A prisoner complaint that merely repeats pending litigated

22  claims may be considered abusive and dismissed under the authority

23  of 28 U.S.C. § 1915A.  Cf. Cato v. United States, 70 F.3d 1103,

24  1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019,

25  1021 (5th Cir. 1988)) (duplicative in forma pauperis complaints may

26  be considered abusive and dismissed under 28 U.S.C. § 1915).

27  Therefore, the instant complaint is deemed duplicative and abusive

28  under § 1915A.

1      Plaintiff's request to proceed in forma pauperis is DENIED and

2   the complaint is DISMISSED under the authority of 28 U.S.C.

3   § 1915A(b).

4      The Clerk of the Court shall enter judgment in accordance with

5   this Order, terminate all pending motions, and close the file.   No

6   filing fee is due.

7      IT IS SO ORDERED.

8   Dated:  8/1/07

9                                    CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

JOSEPH GEORGE,

Case Number: CV07-03697 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

/ et al,

7

Defendant.

8

/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

10

Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said

11

copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located

12

in the Clerk's office.

13

14

15

Joseph A. George T-79867
Pelican Bay State Prison

16

P.O. Box 7500
Crescent City,  CA 95532

17

Dated: August 1, 2007

18

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

3