IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GEORGE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant.<br>_____/ | No. C 07-03697 CW (PR)<br><br>JUDGMENT |

    This action is DISMISSED because it is duplicative of Plaintiff's pending prisoner action in <u>George v. Doe</u>, No. C 07-3674 CW (PR). A judgment of dismissal is entered. Plaintiff shall take nothing by way of his complaint. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 8/1/07

                                          /s/ Claudia Wilken<br>
                                          CLAUDIA WILKEN<br>
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GEORGE,

        Plaintiff,

v.

/ et al,

        Defendant.

Case Number: CV07-03697 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph A. George T-79867
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: August 1, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk